UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| HERTA CARTAGENA, | No. 1:16-cv-00785-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE |
| RONALD SYLVESTER, | (Doc. No. 12) |
| Defendant. | |

On August 11, 2016, the parties filed a joint stipulation dismissing the action with prejudice.  (Doc. No. 12.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **August 12, 2016**

UNITED STATES DISTRICT JUDGE

1